## In re KNAPP.

### No. 12,050; September 21, 1887.

#### 16 Pac. 520.

**Attorney—Disbarment.—Charges Against an Attorney** for the purpose of disbarring him held not sustained by the evidence.

Proceedings for the disbarment of E. G. Knapp, attorney at law.

Complainants, who were the debtors of a client of respondent on a judgment confessed by them April 6, 1886, in about ten thousand dollars, charged respondent as follows: (1)

With having, through the agency of his client, the complainants' creditor, induced them to confess this judgment by promising to stay execution thereon for one year, and with having violated this promise by issuing and levying execution on said judgment, thereby defrauding them; (2) with having misled the superior court of Stanislaus county by a false statement of fact regarding the evidence of one Joseph Lord, a witness in a case brought by complainants to stay this execution; (3) with having, by an artifice, secured the deposition of one T. Vinzent before a notary in the city and county of San Francisco, without proper notice, and by an improper use of the notary's subpœna; (4) with having induced one E. Donovan to make an affidavit contrary to the fact. The petition was verified by the five complainants. Respondent denied the truth of the allegations of the petition. The evidence was taken orally before the court in bank on May — and May ——, 1887.

D. S. Terry and W. E. Turner for complainants; Warren Olney for respondent.

Per CURIAM.—This is a proceeding under chapter 1, title 5, Code of Civil Procedure, for the removal of respondent as an attorney and counselor. We think the evidence insufficient to sustain any of the charges preferred against him. Therefore the proceeding is dismissed.